# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**William Watkins**

Plaintiff(s),

vs.

Case No. **26-cv-1497 (LMP/DTS)**

**Olympic Steel**

RECEIVED

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Defendant(s).

### MOTION TO/FOR

**motion for an extension for disclosures**

The following party/parties:
**Plaintiff**

in the above-named case hereby move(s) the United States District Court, District of Minnesota

for an Order to:

**extend time for an disclosure**

SCANNED

APR 1 4 2026

U.S. DISTRICT COURT MPLS

because:

1.
**I am working with the Pro se project and thought they would handle this as well**


2.
**Ive missed a deadline**


Said motion is based upon the attached Memorandum of Law,
**having lawyers to volunteer would also do paperwork as well with the project so im asking the court to except this motions in good faith**

and all of the files, records, and proceedings herein.

Signed this                 day of _14, Apr 2026_

Signature of Party _____

Mailing Address      **3610 Queen Ave N
Minneapoils MN 55412**


Telephone Number **(773) 957-9498**


<u>Note</u>:  All parties filing the motion must date and sign the Motion and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.  The motion must be served on each party, together with the notice of hearing, and any memorandum of law and accompanying documents.