RECEIVED

APR 2 7 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**William Watkins,**

        Plaintiff(s),

vs.

                              Case No. **26-cv-01497**

**Olympic Steel Minneaplois, Inc
and
Olympic Steel Inc,**

        Defendant(s).

### MOTION TO/FOR

### Deny Defendants Claim to Dismiss and Counterclaim

The following party/parties:
**Plaintiff**

in the above-named case hereby move(s) the United States District Court, District of Minnesota

for an Order to:

**Plaintiff  William Watkins ask court to Dismiss Defendants claims of relief and Deny Defendants claim for a Dismissal I also Will submit documents to the court to support my claim**

SCANNED
APR 2 7 2026
U.S. DISTRICT COURT MPLS

because:

1.

**I William Watkins has filed a Prima facie case stating what has happend to me on the property of Olymipc Steel and would be intering some evidence which court can view**

2.

**Defendant has engaged in in acts of unlawful conduct that violates Minnesota and Federal law of Discrimination**

Said motion is based upon the attached Memorandum of Law,
**Title VII of the Civil Rights Act of 1964**
**The Americas with Disabilties Act**

and all of the files, records, and proceedings herein.

Signed this *27th* day of **April,** ▼ *2026*

Signature of Party _____

Mailing Address    **William Watkins**
**3610 Queen Ave n**
**Minneapolis MN 55412**

Telephone Number   **(773) 957-9498**

Note: All parties filing the motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The motion must be served on each party, together with the notice of hearing, and any memorandum of law and accompanying documents.

2