# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William Watkins,

     Plaintiff,

vs.

Olympic Steel, properly Olympic

Steel, Inc.,

     Defendant.

Case No. 26-CV-01497

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND CLAIMS**

**TO THE COURT AND DEFENDANT OLYMPIC STEEL AND ATTORNEY GRETA BAUER REYES AT 50 SOUTH SIXTH ST., SUITE 2600, MINNEAPOLIS, MN 55402**

## <u>MOTION</u>

Plaintiff hereby moves the Court, pursuant to Fed. R. Civ. P. 15 for leave to amend claims. This motion will be supported by additional filings next week as necessary and in accordance with the rules and parties' recent agreement, and upon all files and records herein.

Date: May 1, 2026

*/s/Brian Stanley*
Brian Stanley
#0399776
RWI Law, PLLC
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Tel: (612) 363-2762
brian@rwilaw.com

1

2