# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William Watkins,

     Plaintiff,

vs.

Olympic Steel, properly Olympic

Steel, Inc.,

     Defendant.

Case No. 26-CV-01497

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND CLAIMS**

**TO THE COURT AND DEFENDANT OLYMPIC STEEL AND ATTORNEY GRETA BAUER REYES AT 50 SOUTH SIXTH ST., SUITE 2600, MINNEAPOLIS, MN 55402**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that Plaintiff, by and through the undersigned counsel, will and hereby does, move the Court Pursuant to Fed. R. Civ. P. 15 for leave to amend its complaint to add claims at a date and time to be determined.

Date: May 8, 2026

*/s/Brian Stanley*
Brian Stanley
#0399776
RWI Law, PLLC
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Tel: (612) 363-2762
brian@rwilaw.com

1