**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

William Watkins,                                    Case No. 26-cv-1497 (LMP/DTS)

     Plaintiff,

v.                                                                **ORDER**

Olympic Steel,

     Defendant.

---

Plaintiff William Watkins moves for leave to file an amended complaint. Dkt. No. 36. Defendant has not responded to the motion. *See generally* Docket. Watkins also withdraws his request to "Deny Defendants Claim to Dismiss and Counterclaim." *See* Dkt. No. 40 (proposed order denying the motion as withdrawn).

**IT IS HEREBY ORDERED**:

1.     Plaintiff's Motion for Leave to Amend Claims (Dkt. No. 36) is **GRANTED**.

2.     Plaintiff shall file the proposed Second Amended Complaint (Dkt. No. 39) on or before July 1, 2026.

3.     Defendant shall have 21 days after Plaintiff files the Second Amended Complaint to file a responsive pleading.

4.     The Clerk is directed to terminate Plaintiff's Motion to Deny Defendants Claim to Dismiss and Counterclaim (Dkt. No. 30).

5.     The Clerk is directed to terminate Plaintiff's Notice of Motion and Motion for Leave to Amend to Add Claims (Dkt. No. 33).

Dated: June 24, 2026                            s/ David T. Schultz
                                                             DAVID T. SCHULTZ
                                                             United States Magistrate Judge