# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

William Watkins, CASE NO. 26-CV-1497

Plaintiff,

Vs,

Olympic Steel, Inc.

Defendant.

## PLAINTIFFS RESPONSE TO OPPOSITION TO DEFENDANT MOTION TO DISMISS COMPLAINT

Plaintiff file this response in opposition of Defendants Olympic Steel Motion to dismiss complaint for the reasons set below, Plaintiff respectfully request that the court deny defendant's motion

## 1. SUMMARY OF ARGUMENT

RECEIVED
AUG 2 1 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 2 4 2026 mg
U.S. DISTRICT COURT MPLS

Plaintiff had made contact with the Department of Human Rights 9/3/21 and filed complaint against Olympic Steel and can show court when complaint started. Defendant argues the 21 days late charge when Plaintiff have no control over the timeframe on the agency time to mail out paperwork nor the lost of mail nor replacement of mail. Plaintiff have filled a complaint in a timely manner.

2. Plaintiff filed a suit against defendant Olympic Steel in district court where the action took place defendant Olympic Steel removed and filed in United Stated District court of Minnesota which furthermore establishing jurisdiction and also violated federal laws which gives the court jurisdiction Plaintiff later asked the magistrate judge to add Olympic Steel Inc.

3. Plaintiff have shown in evidence he has been injured by Defendant and by the Department of Human Rights investigation plaintiff shall be made whole in his right by law.

4. Defendant has answered to claim after probable cause

5. Plaintiff hired a paid counsel to fix and amend plaintiff complaint in which defendant agreed upon in return for plaintiff to withdraw demand letter that defendant was to respond within 30 days and did not.

6. Plaintiff have also submitted documents, witness statement and investigation report to support his complaint.

[signature]

3610 queen Ave N #1
minneapolis MN 55412
773 957-9498